DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JARVIS JACKSON,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D23-140

[June 29, 2023]

Appeal of order denying rule 3.850 from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Daliah H. Weiss, Judge; L.T. Case No. 502009CF001912A.

Andrea Flynn Mogensen of Law Office Andrea Flynn Mogensen, PA, Sarasota, for appellant.

Ashley Moody, Attorney General, Tallahassee, and Heidi L. Bettendorf, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

FORST, KUNTZ and ARTAU, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***